ACCEPTED
03-14-00709-CV
4650813
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 10:12:03 AM
JEFFREY D. KYLE
CLERK



# Office of Public Utility Counsel

**P.O. Box 12397**
**Austin, Texas 78711-2397**
**Tel: (512) 936-7500   Fax:  (512) 936-7525**
**Toll Free: (877) 839-0363**

**Tonya Baer**
**Public Counsel**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/26/2015 10:12:03 AM

JEFFREY D. KYLE
Clerk

March 26, 2015


**VIA E-FILE**


The Honorable Jeffrey D. Kyle
Clerk, Court of Appeals
209 W. 14th St., Room 101
Austin, Texas 78701


> Re:     Appeals Docket No. 03-14-00709-CV; Trial Court Case No. D-1-GN-14-
> 003434; *Entergy Texas, Inc. v. Public Utility Commission of Texas, Office*
> *of Public Utility Counsel, and Texas Industrial Energy Consumers*


Dear Mr. Kyle:

This letter responds to your letter of March 24, 2015 concerning the oral argument in this case on May 6, 2015, at 1:30 p.m.  I will appear and argue for the Office of Public Utility Counsel.


Respectfully submitted,


/s/ *Sara J. Ferris*
Sara J. Ferris
Senior Assistant Public Counsel
State Bar No. 50511915
Office of Public Utility Counsel
1701 N. Congress Avenue, Suite 9-180
Austin, Texas 78701
sara.ferris@opuc.texas.gov


**1701 North Congress Avenue, Suite 9-180 ● Austin, Texas 78701**

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 26th day of March, 2015, the Office of Public Utility Counsel's letter regarding oral argument was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:

| | |
|---|---|
| *Counsel for Entergy Texas, Inc.* | David C. Duggins<br>John F. Williams<br>Marnie A. McCormick<br>Duggins Wren Mann & Romero, LLP<br>600 Congress Ave., Ste. 1900<br>Austin, Texas 78701 |
| *Counsel for the Public Utility Commission of Texas* | Elizabeth R. B. Sterling<br>Megan M. Neal<br>Environmental Protection Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| *Counsel for Texas Industrial Energy Consumers* | Rex. D. VanMiddlesworth<br>Benjamin Hallmark<br>Thompson & Knight, LLP<br>98 San Jacinto Blvd, Ste. 1900<br>Austin, Texas 78701 |

 /s/ Sara J. Ferris
 Sara J. Ferris